IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**WILLIAM SCOTT BAUMHOFER**,  Civil Case No. 09-652-KI

        Petitioner,

        vs.  OPINION AND ORDER

**MICHAEL J. ASTRUE,**
Commissioner of Social Security Administration,

        Respondent.

    William Scott Baumhofer
    7583 SW 74th Avenue, #F1
    Portland, Oregon  97223

        Pro Se Petitioner

    Dwight C. Holton
    United States Attorney
    District of Oregon

Page 1 - OPINION AND ORDER

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

David R. Johnson
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

      Attorneys for Respondent

KING, Judge:

Plaintiff previously filed a case against the Commissioner of the Social Security Administration, CV09-652-KI, to review a final decision of the Commissioner denying plaintiff's Application for Help With Medicare Prescription Drug Plan Costs, namely, the Medicare Part D subsidy.  The Commissioner filed an unopposed motion to reverse the case under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.  Remand was necessary because the Commissioner could not construct a complete record due to a lost tape of a telephone hearing.  Plaintiff was to receive a new hearing in January 2010 and new decision.  This court granted the motion and entered judgment on December 28, 2009.

An ALJ issued the new decision on January 27, 2010 which again found plaintiff not eligible for a Part D subsidy due to excess resources.  Plaintiff apparently disagrees with the new decision and filed this motion to re-open the older civil case.

The judgment this court entered after the sentence four remand results in this court losing jurisdiction. <u>Shalala v. Schaefer</u>, 509 US 292, 297, 113 S. Ct. 2625 (1993). Thus, I cannot reopen the previous case. If plaintiff wishes to challenge the latest decision, he may file a new action.

IT IS SO ORDERED.

Dated this ____9th____ day of April, 2010.

                                                /s/ Garr M. King
                                                Garr M. King
                                                United States District Judge